**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| J. MARTIN HENNESSEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNAMERICA AFFORDABLE )<br>HOUSING PARTNERS, INC., )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO.<br>3:03 cv 2048 (RNC)<br><br><br>November 26, 2003 |

**NOTICE OF REMOVAL**

Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendant, SunAmerica Affordable Housing Partners, Inc. ("Defendant"), hereby removes this action from the Connecticut Superior Court, Judicial District of Hartford, at Hartford, to the United States District Court for the District of Connecticut. In support hereof, Defendant respectfully states as follows:

1. By service of a Summons and Complaint (the "Complaint") dated October 30, 2003, the Plaintiff, J. Martin Hennessey ("Plaintiff"), commenced a state court action against the Defendant, alleging breaches of two financing agreements in connection with Plaintiff's acquisition of two properties, as well as a violation of the Connecticut Unfair Trade Practices Act ("State Court Action"). The Complaint includes claims for the loss of development fees in the total amount of $2,963,520.00, unspecified damages for the loss of management fees and the right to share in the equity of the properties upon completion of construction, and claims for punitive damages and attorneys' fees.

2. Based upon such allegations, Defendant has reason to believe, and does believe, that Plaintiff will claim in excess of $75,000 in damages at the time of the trial of this matter.

3. Defendant is a California corporation with its principal place of business in Los Angeles, California.

CTDOCS:1569139.1

4.  Upon information and belief, Plaintiff has at all relevant times been a resident of the State of Connecticut.

5.  Removal of the State Court Action to this Court is made pursuant to the provisions of 28 U.S.C. § 1441(a) and 1446. In accordance with the provisions of 28 U.S.C. § 1332(a), the United States District Court for the District of Connecticut has original jurisdiction over the State Court Action inasmuch as it is a civil action that, upon information and belief, involves an amount in controversy exceeding the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

6.  The United States District Court for the District of Connecticut is the district court of the United States for the district and division embracing the place where the State Court Action is presently pending. Copies of all other pleadings and process are appended as Exhibit A as required by 28 U.S.C. § 1446(a).

DEFENDANT, SUNAMERICA
AFFORDABLE HOUSING PARTNERS, INC.

By _____
Stuart D. Rosen (ct05472)
Susan Kim (ct19894)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax (860) 240-2818
Email: stuart.rosen@bingham.com
Email: susan.kim@bingham.com
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid on this 26th day of November, 2003 to the following counsel of record:

Patrick W. Boatman, Esq.
628 Hebron Ave
Bldg. Three
Glastonbury, CT 06033


_____
Stuart D. Rosen



NOV.19.2003   4:42PM   AFFORDABLE HOUSING                                    NO.844   P.2

# SUMMONS - CIVIL
(Except Family Actions)
JD-CV-1, Rev. 1-2000
C.G.S. 51-346, 51-347, 51-349, 51-350, 52-45a

**SUPERIOR COURT**

"X" ONE OF THE FOLLOWING:
Amount, legal interest or property in demand, exclusive of interest and costs is:

☐ less than $2,500
☐ $2,500 through $14,999.99
☒ $15,000 or more

("X" if applicable)
☐ Claiming other relief in addition to or in lieu of money or damages.

## INSTRUCTIONS
1. Print or type legibly; sign original summons and conform copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 49 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE (Mo., day, yr.)
(Must be a Tuesday)
**December 2, 2003**

☒ JUDICIAL DISTRICT   ☐ HOUSING SESSION   ☐ GA NO ____   AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) **Hartford**

CASE TYPE (See JD-CV-1c)
Major **C**   Minor **90**

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-347, 51-360)
**95 Washington Street, Hartford, CT 06106**

TELEPHONE NUMBER (with area code)
**(860) 548-2700**

| PARTIES | NAME AND ADDRESS OF EACH PARTY  NOTE: Individual's Names: Last, First, Middle Initial (No., street, town and zip code) | | PTY NO. |
|---|---|---|---|
| FIRST NAMED PLAINTIFF | J. Martin Hennessey   71 Sherwood Dr., Glastonbury, CT 06033 | ☐ Form JD-CV-2 attached | 01 |
| Additional Plaintiff | | | 02 |
| FIRST NAMED DEFENDANT | SunAmerica Affordable Housing Partners, Inc.   1 SunAmerica Center, Century City, Los Angeles, CA 90067-6002 By Its Agent, Susan Bysiewicz, Secretary of the State, 30 Trinity St., Hartford, CT 06103 | | 50 |
| Additional Defendant | | | 51 |
| Additional Defendant | | | 52 |
| Additional Defendant | | | 53 |

## NOTICE TO EACH DEFENDANT
1. You are being sued.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE | SIGNED (Sign and "X" proper box) | ☒ Comm. Of Superior Court ☐ Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT |
|---|---|---|---|
| 10/30/03 | | | Patrick W. Boatman |

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) | TELEPHONE NO. | JURIS NO (If atty or law firm) |
|---|---|---|
| Patrick W. Boatman, Esq., 628 Hebron Ave., Bldg Three, Glastonbury, CT 06033 | (860) 659-5657 | 106121 |

| NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip) | SIGNATURE OF PLAINTIFF IF PRO SE |
|---|---|
| Stacey J. Maher, 628 Hebron Ave., Bldg Three, Glastonbury, CT 06033 | |

| # PLFS. | # DEFS. | # CNTS. | SIGNED (Official taking recognizance, "X" proper box) | ☒ Comm. Of Superior Court ☐ Assistant Clerk | For Court Use Only File Date |
|---|---|---|---|---|---|
| 1 | 1 | 3 | | | |

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

I hereby certify I have read and understand the above:   SIGNED (Pro Se Plaintiff) _____   DATE SIGNED _____   DOCKET NO. _____

A TRUE ATTEST: CHARLES FERRATO CONNECTICUT STATE MARSHAL HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: | DECEMBER 2, 2003 : | SUPERIOR COURT |
| J. MARTIN HENNESSEY | : | JUDICIAL DISTRICT OF HARTFORD |
| vs. | : | AT HARTFORD |
| SUNAMERICA AFFORDABLE HOUSING PARTNERS, INC. | : | OCTOBER 30, 2003 |

## COMPLAINT

### *Count One - Breach of Contract as to the Capewell Court Project*

1. The Plaintiff in this action, J. Martin Hennessey ("Hennessey"), has at all relevant times been an individual conducting business in Hartford County and residing in the Town of Glastonbury, County of Hartford, and State of Connecticut.

2. At all times herein relevant, the Defendant, SunAmerica Affordable Housing Partners, Inc. ("SunAmerica") has been a corporation engaged in the financing of affordable housing projects throughout Connecticut and the rest of the United States.

3. Prior to November 24, 1999, Hennessey had identified a project located in Hartford, Connecticut to convert a former factory building into an affordable housing project.

4. Sometime prior to November 24, 1999, SunAmerica contacted Hennessey and began discussions with Hennessey concerning the basis upon which SunAmerica could finance and participate in the Capewell Court Apartments project.

5. On or about November 24, 1999, Hennessey and SunAmerica entered into an agreement

styled "Acquisition Proposal and Agreement" pursuant to which SunAmerica promised to finance Hennessey's acquisition of the Capewell Court's Apartments property and thereafter, the construction of residential housing units thereupon.

6. Thereafter, in accordance with his agreement with SunAmerica, Hennessey took steps to form a Connecticut limited partnership known as Hartford Capewell Housing Limited Partnership to acquire the Capewell Court Apartments property.

7. Subsequently, SunAmerica breached its agreement by failing to provide the funding necessary to construct the Capewell Court Apartments in accordance with the parties agreement.

8. Hennessey has sustained damages as a result of the Defendant's breach to include by way of illustration the total loss of the development fee that SunAmerica had agreed he was to receive for the construction of the project in the amount of $1,500,000.00, the loss of management fees that he was to receive annually from managing the property once it was completed, and his right to share in the equity of the property upon completion of the construction.

## Count Two

1-2. Paragraphs 1-2 of Count One of the Plaintiff's Complaint are incorporated as paragraphs 1-2 of Count Two as though fully set forth herein.

3. Prior to November 24, 1999, Hennessey had identified and optioned property located in Glastonbury, Connecticut upon which Hennessey intended to construct ninety six rental apartment units to be known as The Glastonbury Senior Apartments.

4. Prior to November 24, 1999, SunAmerica approached Hennessey about financing the construction of The Glastonbury Senior Apartments.

5. On November 24, 1999, Hennessey and SunAmerica entered into an agreement styled "Acquisition Proposal and Agreement" pursuant to which SunAmerica agreed to fund the purchase of the real property necessary for The Glastonbury Senior Apartments as well as the construction of the ninety six units thereon.

6. In reliance upon the agreement, Hennessey incurred significant development expense in preparing to acquire the property and commence construction thereon.

7. Sometime subsequent to May 1, 2000, SunAmerica repudiated its obligations pursuant to the acquisition proposal and agreement of November 24, 1999.

8. The aforesaid repudiation constitutes a breach of contract.

9. As a result of the breach of contract by SunAmerica, Hennessey has sustained damages to include the following:

    a. Loss of the agreed upon development fee of $1,463,520.00 which Hennessey was to receive upon construction of the project.

    b. Loss of the management fees that Hennessey was to receive for managing the property once it was constructed.

    c. The right to share in the equity of the property after conclusion.

10.    Hennessey claims damages.

### Count Three

1-2.   Paragraphs 1-2 of Count One of the Plaintiff's Complaint are incorporated as paragraphs 1-2 of Count Three as though fully set forth herein.

3-10.  Paragraphs 3-10 of Count Two of the Plaintiff's Complaint are incorporated as paragraphs 3-10 of Count Three has though fully set forth herein.

11.    All of the aforesaid actions of SunAmerica constitute unfair trade practices under C.G.S. §42-110b as a result of which Hennessey has sustained an ascertainable loss of money or property.

12.    The actions of SunAmerica and all as aforesaid evidenced a total disregard on its part of Hennessey's rights under the agreements between Hennessey and SunAmerica so as to justify an award of punitive damages.

*Wherefore,* the Plaintiff claims damages as follows:

### As to Count One:

1. Compensatory damages in an amount in excess of $15,000.00, exclusive of interest or costs.
2. Such other, further relief as the Court finds just and equitable.

### As to Count Two:

1. Compensatory damages in an amount in excess of $15,000.00, exclusive of interest or costs.
2. Such other, further relief as the Court finds just and equitable.

### As to Count Three:

1. Compensatory damages in an amount in excess of $15,000.00, exclusive of interest or costs.
2. Attorneys fees in accordance with C.G.S. §42a-110g.
3. Punitive damages in accordance with C.G.S. §42-110g.
4. Such other, further relief as the Court finds just and equitable.

FOR THE PLAINTIFF,
J. MARTIN HENNESSEY

Patrick W. Boatman, Esquire
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
(860) 659-5657 Telephone
Juris No. 106121

A TRUE COPY
ATTEST
CHARLES FERRATO
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| RETURN DATE: DECEMBER 2, 2003 | : SUPERIOR COURT |
| J. MARTIN HENNESSEY | : JUDICIAL DISTRICT OF HARTFORD |
| vs. | : AT HARTFORD |
| SUNAMERICA AFFORDABLE HOUSING PARTNERS, INC. | : OCTOBER 30, 2003 |

## STATEMENT OF AMOUNT OF DEMAND

The Plaintiff claims damages in an amount in excess of $15,000.00, exclusive of interest or costs.

FOR THE PLAINTIFF,
J. MARTIN HENNESSEY

_____
Patrick W. Boatman, Esquire
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
(860) 659-5657 Telephone
Juris No. 106121

A TRUE COPY
ATTEST:
CHARLES FERRATO
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

| APPEARANCE | NOTICE TO PRO SE PARTIES | STATE OF CONNECTICUT |
|---|---|---|
| JD-CL-12 Rev. 2-02<br>Pr. Bk. §§ 3-1 thru 3-6, 3-8 | *A pro se party is a person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.* | **SUPERIOR COURT**<br>www.jud.state.ct.us |

**INSTRUCTIONS**

1. Type or print legibly.
2. **Judicial District Court Locations:** In any action returnable to a Judicial District court location, file only the original with the clerk. In criminal actions see instruction #4.
3. **Geographical Area Locations:** In any action returnable to a Geographical Area court location, except criminal actions, file original and sufficient copies for each party to the action with the clerk. In criminal actions see instruction #4.
4. **In Criminal and Motor Vehicle Actions** (Pr. Bk. Secs. 3-4, 3-5): Mail or deliver a copy of the appearance to the prosecuting authority, complete the certification at bottom and file original with the clerk.
5. **In Summary Process Actions:** In addition to instruction #2 or #3 above, mail a copy to the attorney for the plaintiff, or if there is no such attorney, to the plaintiff and complete the certification below.
6. **In Small Claims Matters:** File the original with the Small Claims area or Housing Session location. Mail or deliver a copy to the attorney or pro se party and complete the certification below.
7. For **"In-lieu-of" Appearances** (Pr. Bk. Sec. 3-8): Complete the certification below.
8. Pursuant to Pr. Bk. Sec. 17-20, if a party who has been defaulted for failure to appear files an appearance prior to the entry of judgment after default, the default shall automatically be set aside by the clerk.
9. **In Juvenile Matters:** Do not use this form. Use form JD-JM-13 Appearance, Juvenile Matters.

DOCKET NO.

RETURN DATE: 12-02-2003

SCHEDULED COURT DATE (Criminal/Motor Vehicle Matters)

**NAME OF CASE** (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)
J. Martin Hennessey v. Sunamerica Affordable Housing Partners, Inc.

[X] Judicial District  [ ] Housing Session  [ ] G.A. NO. ____
ADDRESS OF COURT: 95 Washington Street, Hartford, 06106

**▼ PLEASE ENTER THE APPEARANCE OF: ▼**

NAME OF PRO SE PARTY, OR NAME OF OFFICIAL, FIRM, PROFESSIONAL CORPORATION, OR INDIVIDUAL ATTORNEY:
Stuart Rosen, Bingham McCutchen LLP

JURIS NO. OF ATTY. OR FIRM: 27045

MAILING ADDRESS: One State Street

TELEPHONE NO.: (860) 240-2700

| CITY/TOWN | STATE | ZIP CODE | FAX NO. | E-MAIL ADDRESS |
|---|---|---|---|---|
| Hartford | CT | 06103 | (860) 240-2800 | stuart.rosen@bingham.com |

**in the above-entitled case for:** ("X" one of the following)

- [ ] The Plaintiff
- [ ] All Plaintiffs
- [ ] The following Plaintiff(s) only: ____
- [X] The Defendant
- [ ] The Defendant for the purpose of the bail hearing only (in criminal and motor vehicle cases only).
- [ ] All Defendants
- [ ] The following Defendant(s) only: ____
- [ ] Other (Specify): ____

Note: If other counsel or a pro se party have already appeared for the party or parties indicated above, state whether this appearance is:

- [ ] In lieu of appearance of attorney or firm or pro se party (Name) ____ already on file (P.B. Sec. 3-8) OR (Name and Juris No.)
- [ ] In addition to appearance already on file.

SIGNED (Individual attorney or pro se party): X /s/
NAME OF PERSON SIGNING AT LEFT: Stuart Rosen
DATE SIGNED: 11/26/2003

**CERTIFICATION**

FOR COURT USE ONLY

This certification must be completed in summary process cases (Pr. Bk. Sec. 3-5(a)); for "in lieu of" appearances (Pr. Bk. Sec. 3-8); in criminal cases (Pr. Bk. Sec. 3-5(d)); and in small claims matters.

**I hereby certify that a copy of the above was mailed/delivered to:**

- [X] All counsel and pro se parties of record as listed below and on additional sheet. (For summary process, criminal actions and small claims matters)
- [ ] Counsel or the party whose appearance is to be replaced as listed below and on additional sheet. (For "in lieu of" appearances)

SIGNED (Individual attorney or pro se party): X /s/
DATE COPY(IES) MAILED OR DELIVERED: 11/26/2003

| NAME OF EACH PARTY SERVED | ADDRESS AT WHICH SERVICE WAS MADE |
|---|---|
| Patrick W. Boatman, Esq. | 628 Hebron Avenue, Building Three<br>Glastonbury, CT 06033 |

* If necessary, attach additional sheet with names of each party served and the address at which service was made.

**APPEARANCE**